**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

BOLERO, INC.,

    Plaintiff,

v.                                      Case No: 8:13-cv-747-T-30AEP

JANET NAPOLITANO and
ROBERT E. O'NEILL,

    Defendants.
_____

## ORDER OF DISMISSAL

THIS CAUSE comes before the Court *sua sponte*.  A review of the file indicates that Plaintiff has failed to file a motion for attorney's fees within thirty (30) days of this Court's Order (Dkt. #19) issued on April 23, 2014.   Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1.    This cause is dismissed without prejudice.

2.    All pending motions are denied as moot.

3.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 27th day of May, 2014.

*[signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Odd\2013\13-cv-747 dismissal.docx